# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 15-1488V
### (Not to be published)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

RICHARD HESSE,

                 Petitioners,

           v.

SECRETARY OF HEALTH AND
HUMAN SERVICES

                 Respondent.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Filed: August 23, 2016

Decision on Attorneys'
Fees and Costs

*Robert Howie, Jr., Dallas TX, for Petitioner.*
*Christine Becer, U.S. Department of Justice, Washington, D.C., for Respondent*

## DECISION (ATTORNEYS' FEES AND COSTS)

**HASTINGS,** *Special Master*

       In this case under the National Vaccine Injury Compensation Program,[1] I issued a Decision on August 22, 2016. On August 15, 2016, Petitioner filed an application for attorneys' fees and costs in this matter. Petitioner requests a total of $18,379.75, representing $16,108.00 for attorneys' fees, and $2,271.75 for attorneys' costs. The application indicates that Petitioner's counsel has conferred with Respondent's counsel, and represents that Respondent has no objection to Petitioner's request. In accordance with General Order #9, Petitioner's application includes a statement that Petitioner incurred no reimbursable costs in pursuit of his claim.

       I find that this petition was brought in good faith and that there existed a reasonable basis for the claim. Therefore, an award for fees and costs is appropriate, pursuant to 42 U.S.C. § 300aa-15(b) and (e)(1). Further, the proposed amount seems reasonable and appropriate.

---

[1] The applicable statutory provisions defining the program are found at 42 U.S.C. § 300aa-10 *et seq*. (2012).

**Accordingly, I hereby award the total $18,379.75 as a lump sum in the form of a check payable jointly to Petitioner and Petitioner's counsel, John Howie, Jr.**

In the absence of a timely-filed motion for review filed pursuant to Appendix B of the Rules of the U.S. Court of Federal Claims, the clerk of the court shall enter judgment in accordance herewith.[2]

**IT IS SO ORDERED**

/s/ George L. Hastings, Jr.
George L. Hastings, Jr.
Special Master

---

[2] Pursuant to Vaccine Rule 11(a), the parties may expedite entry of judgment by filing a joint notice renouncing the right to seek review.